William M. Woolman, State Bar No. 145124
**SAGASER, WATKINS & WIELAND PC**
5260 North Palm Avenue, Suite 40
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendant U. S. Dry Cleaning Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DENARI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. DRY CLEANING SERVICES CORPORATION,<br><br>　　　　　Defendant. | Case No. 1:17-cv-00031-BAM<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE AND RETAINING JURISDICTION FOR ENFORCEMENT OF SETTLEMENT** |

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that:

1. The action is dismissed without prejudice by operation of law, with each side to bear its own costs and fees incurred to date. Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Notwithstanding the dismissal, the Court specifically retains jurisdiction to enter Judgment in this matter pursuant to the terms of the parties' Settlement Stipulation.

IT IS SO ORDERED.

　Dated:　**May 23, 2018**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

015225.00004 - 184384.1