UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DENARI,<br><br>             Plaintiff,<br><br>      v.<br><br>U.S. DRY CLEANING SERVICES CORPORATION DBA U.S. DRY CLEANING CORPORATION, a Delaware Corporation, and ROES 1-10,<br><br>             Defendants. | Case No.  1:17-cv-00031-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME**<br><br>(Doc. 33) |

On August 20, 2021, Plaintiff Timothy Denari and Defendant U.S. Dry Cleaning Services Corporation filed a joint stipulation to continue the hearing on Plaintiff's Motion to Enforce Judgment Pursuant to Stipulation and to extend the deadline for filing an opposition and any reply to Plaintiff's motion. (Doc. 33.)  The parties explain that they have met and conferred regarding Plaintiff's motion and believe that an informal resolution is possible with an extension of time. The parties request that the hearing date for Plaintiff's motion be continued to September 24, 2021, Defendant's deadline to file an opposition to Plaintiff's motion be extended to September 10, 2021, and Plaintiff's deadline to reply be extended to September 17, 2021.  (*Id*. at 2.)

///

Having considered the parties' stipulation, and good cause appearing, the request to continue the hearing on Plaintiff's Motion to Enforce Judgment Pursuant to Stipulation and extend the briefing deadlines is GRANTED.  The hearing on Plaintiff's motion (Doc. 32) currently set for September 10, 2021 is HEREBY CONTINUED to **September 24, 2021, at 9:30 AM in Courtroom 8 (BAM)** before the undersigned.  Defendant's opposition to the motion, if any, shall be filed on or before September 10, 2021, and Plaintiff's reply, if any, shall be filed on or before September 17, 2021.

The parties shall appear at the hearing remotely with each party connecting either via Zoom video or Zoom telephone number.   The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the hearing.  The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **August 23, 2021**                        /s/ *Barbara A. McAuliffe*   _
                                                                  UNITED STATES MAGISTRATE JUDGE